**Appeal Reinstated and Order filed October 13, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00487-CV**

_____

**DAWN JOHNSON WHATLEY, Individually and as the Executrix of the Estate of Perry Lee Whatley, and MICHAEL EASTON, Appellants**

**V.**

**MYLUS JAMES WALKER, JR., Appellee**

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 355,095**

## O R D E R

According to information provided to this court, appellants are appealing from an order approving the Guardian's Final Accounting signed October 6, 2010. Appellants filed a notice of appeal on November 2, 2010, and the appeal was assigned to this court under our appellate number 14-10-01141-CV. The record has not been filed in that appeal.

On April 4, 2011, appellant Dawn Whatley filed an affidavit of indigency. *See* Tex. R. App. P. 20.1. The trial court sustained the contests to appellant's affidavit. On May 12, 2011, appellants filed a notice of appeal from the order sustaining the contests. A

new appellate case number has been assigned to this indigency appeal, 14-11-00487-CV. This court ordered the records from the indigence proceedings pursuant to *In re Arroyo*, 988 S.W.2d 737, 738-39 (Tex. 1998). Those records have now been filed.

Accordingly, we **ORDER** the appeal in this case number **REINSTATED.** Appellants' brief addressing the denial of indigency shall be filed on or before **November 2, 2011.** Appellee's responsive brief, if any, shall be filed within 20 days of the date that appellants' brief is filed. Appellant's appeal of the order approving the Guardian's Final Accounting signed October 6, 2010, which is docketed under our appellate number 14-10-01141-CV, remains abated pending the review of indigency in this appeal.

PER CURIAM